UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 16-11270 |
| Michael L Benavidez | (Jointly Administered) |
| Teresa Benavidez | Chapter: 13 |
| | Honorable Janet S. Baer |
| | Kane |
| Debtor(s) | |

## ORDER GRANTING MOTION TO SELL PROPERTY AND SHORTEN NOTICE

THIS CAUSE COMING ON TO BE HEARD on the motion of the Debtors to sell property and shorten notice, the Court being fully advised in the premises, and due notice having been given;

IT IS HEREBY ORDERED THAT:

1. The Debtors' Motion to sell the real property located at 615 N Glenwood Place, Aurora, IL 60506 is granted as set forth herein.

2. The mortgage lien held by PHH Mortgage shall be paid in full at closing pursuant to a proper payoff letter, or, in the event of a short-sale, payoff will be subject to PHH Mortgage's short-sale approval.

3. The Debtors will provide the chapter 13 trustee with a complete copy of the closing statement within ten (10) days of closing.

4. The Debtors shall be paid the first $30,000 as their homestead exemption.

5. Any proceeds in excess of the Debtors' homestead exemption shall be paid to the chapter 13 trustee to be applied to the Debtors' plan base; however, in the event that proceeds exceed the Debtors' plan base, the Debtors may pay off their plan base and retain all remaining proceeds.

6. Notice is shortened to that given.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 21, 2021

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600